## A08A0200. PERRYMAN et al. v. DJAJADI.

(662 SE2d 788)

BERNES, Judge.

Appellee Maristella Janny Djajadi brought this action for breach of contract and fraud against appellants William L. Perryman and Indrawati Perryman d/b/a WIP-America, LLC. Following a bench trial, the trial court entered a money judgment in favor of appellee and denied appellants' motion for new trial. On appeal, appellants contend that the trial court erred in granting a continuance to appellee; in failing to give them proper notice of the bench trial; and in declining to grant them a new trial based on newly discovered evidence.

Notably, no transcripts of any of the proceedings are contained in the record. Indeed, appellants specifically stated in their amended notice of appeal that "[t]ranscripts of evidence and proceedings will not be filed for inclusion in the record on appeal." Given the absence of the transcripts from the record, we must presume that the rulings of the trial court were correct. See *Anthony v. U. S. Bank Nat. Assn.*, 284 Ga. App. 765, 766 (645 SE2d 12) (2007); *Waits v. Waits*, 280 Ga. App. 734, 736 (634 SE2d 799) (2006). Accordingly, appellants have failed to carry their burden of proving any error by the trial court; therefore, we affirm. See *Portee v. State*, 277 Ga. App. 536, 539 (5) (627 SE2d 63) (2006); *Hibbard v. P. G. A., Inc.*, 251 Ga. App. 68, 72 (2) (553 SE2d 371) (2001); *Clifton v. Gillis*, 195 Ga. App. 712, 713-714 (1), (2) (394 SE2d 582) (1990).

*Judgment affirmed. Ruffin, P. J., and Andrews, J., concur.*

DECIDED MAY 28, 2008.

*Mosley & Evans, Andrew T. Mosley II*, for appellants.
*James F. Steckbauer*, for appellee.